UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TOREY MCKAY,

    Petitioner,

v.                                          CASE NO. 8:08-cv-1900-T-30TGW
                                              CRIM. CASE NO. 8:05-cr-374-T-30MSS

UNITED STATES OF AMERICA,

    Respondent.
_____/

**O R D E R**

BEFORE THE COURT is Petitioner's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (CV Dkt. 1). The Rules Governing Section 2255 Proceedings, which have been adopted in this district, require that the § 2255 motion be submitted in substantially the form annexed to the rules. See Rule 2(c), Rules Governing Section 2255 Proceedings (2008). Courts having a large volume of habeas actions, as does this Court, save valuable time if the required forms are used. Use of the prescribed forms likewise assists petitioners in presenting their claims and avoiding omission of information necessary for the Court to consider in addressing the issues raised. Therefore, Petitioner will be required to submit an amended rule § 2255 motion on the enclosed court-approved form.

Petitioner is cautioned that all arguments he desires to present in support of the claims in his § 2255 motion must be presented in the amended motion as the amended motion will supersede the original § 2255 motion. Petitioner is further cautioned that although the amended § 2255 motion will relate back to the earlier filed motion for purposes of timeliness, any new claims Petitioner may

attempt to assert in the amended motion may not relate back to his original § 2255 motion and may now be time-barred. Petitioner must set forth with specificity each of his claims for relief and a brief statement of the facts supporting each claim. Mere references to claims raised in documents filed in this proceeding or other proceedings will not suffice.

ACCORDINGLY, the Court **ORDERS** that:

1. The **Clerk** shall transmit three copies of the form for use in § 2255 cases to Petitioner.

2. Petitioner shall, within **TWENTY (20) DAYS** from the date of this order, file an amended motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 that complies with the instructions on the enclosed form. Petitioner must set forth with **specificity** each of his claims for relief **and** a brief statement of the facts which support the claim(s). Failure to comply with the terms of this order within the allotted time shall result in the automatic **dismissal** of this case **without further notice**.

**DONE** and **ORDERED** in Tampa, Florida on October 10, 2008.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc

Copy to:
Petitioner *pro se*